IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN RICKS, INDIVIDUALLY AND IN HER CAPACITY AS PARENT, GUARDIAN AND NEXT FRIEND OF HER CHILDREN, KR AND HR, MINORS, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BRANDON SETH RICKS, DECEASED, | § § § § § § § § | CIVIL ACTION No.: 2:15-cv-06686<br><br>SECTION: NJB-MBN<br><br>JUDGE NANNETTE BROWN |
| PLAINTIFF, | § § | MAG. JUDGE MICHAEL NORTH |
| CADORATH AEROSPACE LAFAYETTE LLC; H&H TURBINE SERVICES, L.L.C.; AND ROTORCRAFT LEASING COMPANY, LLC, | § § § § § | |
| DEFENDANTS. | § | JURY TRIAL REQUESTED |

### O R D E R

CONSIDERING the foregoing Stipulation for Dismissal Without Prejudice by Plaintiff, Colleen Ricks, individually and in her capacity as parent, guardian, and next friend of her minor children, KR and HR, and in her capacity as personal representative of the Estate of Brandon Seth Ricks, and Defendant, Rotorcraft Leasing Company, LLC;

IT IS ORDERED that the claims of the Plaintiff Colleen Ricks, individually and in her capacity as parent, guardian and next friend of her children, KR and HR, minors, and as personal representative of the Estate of Brandon Seth Ricks, deceased, against Defendant Rotorcraft Leasing Company, LLC in the above captioned matter are hereby dismissed, without prejudice, each party to bear his, her or its own costs. Plaintiff specifically reserves any and all rights, claims and actions that she has against any other defendant or non-party.

NEW ORLEANS, LOUISIANA, this  31st  day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE