IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN RICKS, INDIVIDUALLY AND IN HER CAPACITY AS PARENT, GUARDIAN AND NEXT FRIEND OF HER CHILDREN, KR AND HR, MINORS, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BRANDON SETH RICKS, DECEASED, | § § § § § § § § | CIVIL ACTION No.: 2:15-cv-06686 <br><br> SECTION: NJB-MBN <br><br> JUDGE NANNETTE BROWN |
| PLAINTIFF, | § § | |
| | § | MAG. JUDGE MICHAEL NORTH |
| CADORATH AEROSPACE LAFAYETTE LLC; H&H TURBINE SERVICES, L.L.C.; AND ROTORCRAFT LEASING COMPANY, LLC, | § § § § § § | |
| DEFENDANTS. | § | JURY TRIAL REQUESTED |

## ORDER

CONSIDERING THE FOREGOING JOINT MOTION FOR DISMISSAL, WITHOUT PREJUDICE:

IT IS ORDERED that the claims of the Plaintiff Colleen Ricks, individually and in her capacity as parent, guardian and next friend of her children, KR and HR, minors, and as personal representative of the Estate of Brandon Seth Ricks, deceased, against Defendant Helicopter Accessory Service South, LLC in the above captioned matter are hereby dismissed, without prejudice, each party to bear his, her or its own costs. Plaintiff specifically reserves any and all rights, claims and actions that she has against any other defendant or non-party.

New Orleans, Louisiana, this 31st day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE